# United States District Court

**EASTERN DISTRICT OF TEXAS**
**TEXARKANA  DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 5:08CR6 |
| | § | |
| GAMANIEL BASALDUA-REYES | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
## FINDING DEFENDANT GUILTY

On this day, the Court considered the Findings of  Fact and Recommendation of United States Magistrate Judge Caroline M. Craven  regarding Defendants' plea of guilty to Count 1 of an Indictment  in violation of Title 42, USC, Section 408(a)(7)(B), False Use of Social Security Account.   Having conducted a proceeding in the form and manner prescribed by Fed. R. Crim. P. 11,  the Magistrate Judge recommends that  the  Court  accept  the  guilty  plea  of  the  Defendant. Objections  to  the  Findings  of  Fact  and Recommendation have been waived by all parties.  The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly ORDERED that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed March 12, 2008, are hereby ADOPTED.

It is further ORDERED that, pursuant to Defendant's  plea agreement, the Court finds Defendant GUILTY of Count 1 of the Indictment  in the above-numbered cause.

**SIGNED this 13th day of March, 2008.**


_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE